O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MITCHELL CARTER,<br><br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON, Warden,<br><br>Respondent. | Case No. 2:19-cv-07041-JGB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the parties' submissions in connection with petitioner's Motion for Stay and Abeyance ("Stay Motion"), and all of the records herein, including the October 28, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Stay Motion is denied and that the Clerk serve copies of this Order on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: December 19, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE