O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN MITCHELL CARTER, | ) | Case No. 2:19-cv-07041-JGB-JC |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| JIM ROBERTSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the parties' submissions in connection with the Motion to Dismiss the Petition, and all of the records herein, including the August 17, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed with prejudice, the Motion to Dismiss is denied as moot, and Judgment be entered accordingly.

///

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on respondent's counsel.

     IT IS SO ORDERED.

DATED: October 20, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE