JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MITCHELL CARTER, | Case No. 2:19-cv-07041-JGB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| JIM ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: October 20, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE